# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

KAREN YATES,                                        **Civil File No. 09-0358-W-ODS**

        Plaintiff,

vs.                                                               **NOTICE OF DISMISSAL**
                                                                                 **WITH PREJUDICE**

WEST ASSET MANAGEMENT, INC.,

        Defendant.

        **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated:  06/22/09                            /s/ J. Mark Meinhardt
                                                         J. Mark Meinhardt #53501
                                                         4707 College Boulevard, Suite 100
                                                         Leawood, KS 66211
                                                         913-451-9797
                                                         Fax 913-451-6163