IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KAREN YATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-0358-CV-W-ODS |
| ) | |
| WEST ASSET MANAGEMENT, INC. ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

Pursuant to the Plaintiff's notice of voluntary dismissal and to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-caption action is DISMISSED WITH PREJUDICE, each party to bear his, her, or its own costs.

IT IS SO ORDERED.

Date: June 22, 2009

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT